```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/04/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNI ZUO,

                Plaintiff,

      v.

BLUECREST CAPITAL MANAGEMENT LIMITED, BLUECREST CAPITAL MANAGEMENT (NEW YORK) LP, AND KAIPING CHEN,

                Defendants.

No. 22-CV-1194 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of Defendant Kaiping Chen's letter dated March 3, 2022. Due to the sensitive nature of the material contained in the letter, the Court has temporarily restricted access to the document such that it can only be viewed by the parties, their counsel, and the Court.

    By separate Order, the Court will refer this matter to Magistrate Judge Wang for all general pretrial matters. It will be for Judge Wang to determine whether the letter and attached exhibits at Docket 10 should be permanently sealed pursuant to *Lugosch v. Pyramid Co.*, 435 F.3d 110, 120 (2d Cir. 2005), as well as rule on all other pending applications.

SO ORDERED.

Dated:    March 4, 2022
             New York, New York

                                                                       Ronnie Abrams
                                                                       United States District Judge