**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DANNI ZUO,

                Plaintiff,

                -against-

BLUECREST CAPITAL MANAGEMENT LTD. et al.,

                Defendants.
------------------------------------------------------------x

22-CV-1194 (RA)(OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant's request to seal the "now withdrawn complaint" (ECF 1) until the Court can determine whether the letter and attached exhibits at Docket 10 should be permanently sealed. (ECF 15). This request is **GRANTED.**

The Clerk of Court is respectfully directed to temporarily restrict access to the document (ECF 1) such that it can only be viewed by the parties, their counsel, and the Court. The Clerk of Court is also respectfully directed to close ECF 15.

**SO ORDERED.**

Dated: March 24, 2022
       New York, New York

                          _s/ Ona T. Wang_
                             **Ona T. Wang**
                      United States Magistrate Judge